HERMANN F. CLARKE and Others v. JOHN J. NAUGLE. JOHN J. NAUGLE v. HERMANN F. CLARKE and Others.— Motion for leave to appeal to the Court of

Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.